**SEALED**

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

7

FILED
MAR 28 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  JD
        DEPUTY CLERK

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                                                  2:18-SW-0227   EFB

11  In the Matter of the Search of:        )   CASE NO.
                                            )
12  10170 Patti Way                         )
    Elk Grove, California                   )   SEALING ORDER
13                                          )
                                            )
14                                          )
                                            )
15                                          )
                                            )
16  _____)

17
        Upon application of the United States of America and good cause having been shown,
18
        IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and
19
    shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a
20
    copy of the search warrant will be left at the scene of the search.
21

22  Dated:
                                              _____
23                                            EDMUND F. BRENNAN
                                              United States Magistrate Judge
24

25

26

27

28