| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MATTHEW M. YELOVICH<br>ROGER YANG |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

FILED

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
|---|---|
| 8744 Vytina Drive, Elk Grove, CA | 2:18-SW-0226 EFB, |
| 10170 Patti Way, Elk Grove, CA | 2:18-SW-0227 EFB, |
| 7960 Tierra Glen Way, Sacramento, CA | 2:18-SW-0228 EFB, |
| 9043 Pembridge Drive, Elk Grove, CA | 2:18-SW-0229 EFB, |
| 9445 Medstead Way, Elk Grove, CA | 2:18-SW-0230 EFB, |
| 7661 Fey Way, Elk Grove, CA | 2:18-SW-0231 EFB, |
| 8061 Maybelline Way, Sacramento, CA | 2:18-SW-0232 EFB, |
| 8885 Monterey Oaks Drive, Elk Grove, CA | 2:18-SW-0233 EFB, |
| 4713 Laguna West Way, Elk Grove, CA | 2:18-SW-0234 EFB, |
| 6426 Fuego Way, Elk Grove, CA | 2:18-SW-0235 EFB |
| | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS                     1

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/24/2019

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE